**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE  DIVISION**

| | | |
|---|---|---|
| JESSICA LANG, | ) | **C.A. NO.  6:08-CV-0642** |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| VICTORIA'S SECRET STORES, LLC; VICTORIA'S | ) | **CONSENT ORDER OF AMENDMENT** |
| SECRET STORES, INC. (EAST REYNOLDSBURG, | ) | |
| OHIO); LIMITED BRANDS, INC.; AND JOHN | ) | |
| DOE CORPORATIONS 1-10, | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

It appearing to the Court that Karen Agnes Marquardt has been appointed as Personal Representative of the Estate of Jessica Lang Deceased, by order of the Probate Court of Greenville County dated December 12, 2008.  It is hereby Ordered that Karen Agnes Marquardt, as Personal Representative of the Estate of Jessica Lang, Deceased, is substituted as Plaintiff for Jessica Lang in the above titled action.  Accordingly, all future pleadings and other case documents should be styled Karen Agnes Marquardt, as Personal Representative of the Estate of Jessica Lang, versus Victoria's Secret Stores, LLC; Victoria's Secret Stores, Inc. (East Reynoldsburg, Ohio); Limited Brands, Inc., and John Doe Corporations 1-10.

IT IS SO ORDERED:

s/Henry F. Floyd
HENRY F. FLOYD
United States District Judge

January 22, 2009

The parties are directed to the Special Instructions of Judge Henry F. Floyd attached to the initial conference and scheduling order dated April 1, 2008.

WE CONSENT:

HUGHEY LAW FIRM LLC

By  s/D. Nathan Hughey_____
D. Nathan Hughey
Attorneys for Plaintiff


I CONSENT:

YOUNG CLEMENT RIVERS, LLP



By  s/Duke R. Highfield_____
Duke R. Highfield
Attorneys for Defendants