# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the

defendant *(name)* _____ the amount of

_____ dollars ($ _____ ), which includes prejudgment

interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

_____ recover costs from the plaintiff *(name)* _____

_____ .

❏  other:

.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

❏  decided by Judge _____ on a motion for

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*